**2009–1878. State v. Hamilton.**
Montgomery App. No. 22895, 183 Ohio App.3d 819, 2009-Ohio-4602. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellee's motion for appointment of the Office of the Ohio Public Defender as counsel,

It is ordered by the court that the motion is granted and Timothy Young of Columbus, Ohio is appointed to represent appellee.

**2009–1958. State v. Hamilton.**
Montgomery App. No. 22895, 183 Ohio App.3d 819, 2009-Ohio-4602. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Montgomery County. Upon consideration of appellee's motion for appointment of the Office of the Ohio Public Defender as counsel,

It is ordered by the court that the motion is granted and Timothy Young of Columbus, Ohio is appointed to represent appellee.

## MISCELLANEOUS DISMISSALS

**2009–2312. Karnofel v. Bernard.**
Trumbull App. No. 2009–T–0046. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. It appears from the records of this court that appellant has not filed a merit brief, due February 22, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## CASE ANNOUNCEMENTS

*March 10, 2010*

[Cite as *03/10/2010 Case Announcements*, 2010-Ohio-799.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–2350. State ex rel. Thompson v. Ross Cty. Court of Common Pleas.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–0051. State ex rel. Singleton v. Clancy.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2010–0076. State v. Gray.**
Hamilton App. No. C–081257, 2009-Ohio-5844. On motion for leave to file delayed appeal. Motion granted.

Pfeifer, O'Connor, and O'Donnell, JJ., dissent.